NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARRY E. BELTON, SR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7150

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 12-1077, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**ORDER**

Larry E. Belton, Sr. moves for a 30-day extension of time file his initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

LARRY BELTON, SR. V. SHINSEKI                                          2

The motion is granted.

                                        FOR THE COURT

  SEP 2 4 2012                          /s/ Jan Horbaly
     Date                               Jan Horbaly
                                        Clerk

cc:  Larry E. Belton, Sr.
     Cameron Cohick, Esq.
s27

                                   FILED
                        U.S. COURT OF APPEALS FOR
                            THE FEDERAL CIRCUIT

                            SEP 2 4 2012

                            JAN HORBALY
                               CLERK